**Olinsky Law Group**
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI

780, Fax: 315-701-5781
ue, Suite 100B
510, Fax: 407-207-3210

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2021

*Document Electronically Filed*
Hon. Stewart D. Aaron
United States Magistrate Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re: Pressley v. Commissioner of Social Security
         Civil Action No: 1:20-cv-09454-MKV-SDA

Dear Judge Aaron:

  This letter respectfully requests an extension of time of sixty (60) days for Plaintiff to serve her Motion for Judgment on the Pleadings in this matter. Plaintiff's Motion for Judgment on the Pleadings is currently due on August 16, 2021. However, due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met. Plaintiff cannot meet the current briefing deadline. This extension is needed to thoroughly and properly prepare her Motion. Plaintiff's counsel has contacted defense counsel who consents to this request. This would be a first request to extend the time to serve Plaintiff's Motion.

  If this request is granted, Plaintiff's Motion for Judgment on the Pleadings will be due on **October 15, 2021**. Subsequently, in accordance with the pattern of the Standing Order, the Commissioner's response to the Motion for Judgment on the Pleadings would then be due **December 14, 2021**. Plaintiff's Reply would then be due **January 4, 2022**.

Thank you for your consideration.    Respectfully submitted,

                     */s/ Howard D. Olinsky*
                     Howard D. Olinsky, Esq.
                     Bar Code H06529
                     Counsel for Plaintiff

CC [via ECF]: Leslie A. Ramirez-Fisher (Counsel for Defendant)

**SO ORDERED.**

Dated: August 10, 2021
    New York, NY

                     **Honorable Stewart D. Aaron**
                     **U.S. Magistrate Judge**